IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                PLAINTIFF

v.                              No. 4:22-cv-1076-DPM

DARRELL W. SHAW, Personal Representative
of the Estate of Sarah Shaw, Deceased;
TERESSA SHAW, Personal Representative of
the Estate of Sarah Shaw, Deceased;
JEFFERSON D. STALNAKER, Administrator
of the Estate of Timothy Luke Stalnaker,
Deceased; and BRETTSON D. CULLUM                                         DEFENDANTS

JUDGMENT

State Farm Mutual Automobile Insurance Company is entitled to judgment that it has no duty to defend or to indemnify arising from the defendants' current disputes in Faulkner County Circuit Court Case No. 23CV-22-693. State Farm is also entitled to reasonable costs, as allowed by Rule 54(d), on timely motion.

_____
D.P. Marshall Jr.
United States District Judge

26 January 2024